**Lonnie SNELLING, Plaintiff/Appellant,**

v.

**MICHELIN NORTH AMERICA, INC., Lou Fusz Motor Company, and General Motors Corporation, Defendants/Respondents.**

No. 75160.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Lonnie Snelling, St. Louis, pro se.

Chuck N. Chionuma, Kansas City, Jay L. Kanzler, Jr., Louis J. Basso, St. Louis, for respondents.

Before: MARY K. HOFF, P.J., GARY M. GAERTNER, J. and RHODES RUSSELL, J.

### ORDER

PER CURIAM.

Lonnie Snelling ("plaintiff") appeals the judgment dismissing his petition with prejudice as the claims therein were barred under principles of *res judicata*.

Plaintiff's brief fails to comply with Rule 84.04. Therefore, nothing is preserved for review. See *Luft v. Schoenhoff*, 935 S.W.2d 685, 687 (Mo.App.1996); *Snelling v. Chrysler Motors Corp.*, 859 S.W.2d 755, 756 (Mo.App.1993).

Respondents' motions to dismiss are denied. Plaintiff's motion to strike respondents' briefs is also denied.

Appeal dismissed.